**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VICKIE L. KING,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-03400-CSK

STIPULATION FOR VOLUNTARY
REMAND PURSUANT TO SENTENCE
FOUR OF 42 U.S.C. § 405(g)

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

Respectfully submitted,

Dated: March 31, 2026                    /s/ David J. Linden    *
                                         (*as authorized via e-mail on 3/24/26)
                                         DAVID J. LINDEN
                                         Attorney for Plaintiff


Dated: March 31, 2026                    ERIC GRANT
                                         United States Attorney

                              By:        /s/ Marcelo Illarmo
                                         MARCELO ILLARMO
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:   April 1, 2026              _____
                                    THE HONORABLE CHI SOO KIM
                                    United States Magistrate Judge

2